COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Cynthia  Westheimer v. Heidi Zieimer and all Heart Horse Farm Holdings., LLC

Appellate case number:    01-22-00967-CV

Trial court case number:  93883-CV

Trial court:               239th District Court of Brazoria County

The parties' Agreed Motion for Briefing Schedule is GRANTED. The briefing schedule in this appeal shall be as follows:

- Appellant's brief is due **thirty days** after the date the record is filed with the Court;

- The combined appellee/cross-appellant's brief is due **thirty days** after the date the appellant's brief is filed;

- The combined appellant's reply/cross-appellee's brief is due **thirty days** after the date the appellee/cross-appellant's brief is filed; and

- The cross-appellant's reply brief is due **twenty days** after the date the cross-appellee's brief is filed.

It is so ORDERED.


Judge's signature: _____/s/ Gordon Goodman_____
                             Acting individually


Date: _____January 31, 2023_____